WENALDEN COMPANY (Substituted for JOHN T. PIRIE, Deceased), Respondent, *v.* JOSEPH H. EMERY, Appellant.

*Pirie* v. *Emery*, 153 App. Div. 899, affirmed.
(Argued March 18, 1915; decided April 13, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 10, 1912, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover upon a promissory note. The defense was that delivery of the note in suit was conditional; that plaintiff had agreed to make a loan to one Devlin in the sum of $65,000, and that it was agreed between the parties hereto that the note in suit should be of no force and effect unless and

until such loan was made; that plaintiff upon receipt of said note from defendant refused to make such loan; that the consideration for the note wholly failed; and that thereupon the agreement between plaintiff and defendant was rescinded and canceled.

*David H. Miller* and *Louis Werner* for appellant.

*Ernest P. Hoes* and *Frank L. Hall* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., COLLIN, CUDDE-BACK, HOGAN and SEABURY, JJ. Not sitting: MILLER and CARDOZO, JJ.